Nov 29 15 05:35p
Nov 29 2015 04:58pm          P001

# clark a. tchernowitz

218 quinlan street BOX 441
kerrville, texas 78028
[830] 928-3959



November 28th 2015
Sandee Bryan Marion, Chief Justice
Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3937
WWW.TXCOURTS.GOV/4THCOA.ASPX

RE:  **Notice to this Court to Appeal Cause no. 15542C Trial Court Kerr County Court -Court of Appeals Number 04-15-00716-CV request for 'forma paueus filing of Court of Appeals Case 04-15-00716-CV**

Dear Chief Justice Sandee Bryan Marion,

The Appellant, Clark A. Tchernowitz hereby request for 'forma paueus filing of Court of Appeals Case 04-15-00716-CV. I respectfully request that the court waive fees to file this appeal at this time because of the fact I am presently a Homeless Veteran with what is a result of trial court action Cause no. 15542C. I understand this Court receives this Notice to the Court of my hardship to pay the fee and respectfully request the Court consider my situation as having the merit that it will seriously consider my hereby request for 'forma paueus filing'.

The transcripts of this trial Cause no. 15542C are on a schedule that receipt of transcripts is a 60 days process. Therefore I request that the appeal in case in the Court of Appeals Number 04-15-00716-CV be filed Friday, February 12th 2016 with the Court.

Thank you,

Respectfully Submitted,

Clark A. Tchernowitz, Appellant

Cc:    Fulton Law Group, Valex Duke Amos, Attorney of Record